Same case below, 435 Fed. Appx. 280.

**No. 11-6678. Alberto Concepcion, Petitioner v. Federal Bureau of Investigation, et al.**

565 U.S. 1067, 132 S. Ct. 778, 181 L. Ed. 2d 499, 2011 U.S. LEXIS 8541, █

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 11-6690. A. D. Armstrong, Petitioner v. Tim Brunsman, Warden.**

565 U.S. 1068, 132 S. Ct. 778, 181 L. Ed. 2d 499, 2011 U.S. LEXIS 8631.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6698. Jesse Joseph Vasquez, Petitioner v. James A. Yates, Warden, et al.**

565 U.S. 1068, 132 S. Ct. 779, 181 L. Ed. 2d 499, 2011 U.S. LEXIS 8566.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 421 Fed. Appx. 755.

**No. 11-6704. James Lewis Cole, Petitioner v. Keith W. Davis, Warden.**

565 U.S. 1068, 132 S. Ct. 779, 181 L. Ed. 2d 499, 2011 U.S. LEXIS 8575.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-6707. Richard L. Pickett, Petitioner v. Bennie Rollins, et al.**

565 U.S. 1068, 132 S. Ct. 779, 181 L. Ed. 2d 499, 2011 U.S. LEXIS 8517.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6714. Robert Anthony Escareno, aka Robert A. Escareno, Petitioner v. Mike Evans, Warden.**

565 U.S. 1068, 132 S. Ct. 779, 181 L. Ed. 2d 499, 2011 U.S. LEXIS 8589, █

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6747. Dennis Gates, Petitioner v. Ohio.**

565 U.S. 1068, 132 S. Ct. 780, 181 L. Ed. 2d 499, 2011 U.S. LEXIS 8554.

November 28, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 11-6771. Jorge Moya-Feliciano, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 1068, 132 S. Ct. 780, 181 L. Ed. 2d 499, 2011 U.S. LEXIS 8544, █

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.